

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2024

No. 04-24-00554-CR

**IN RE** Dustin Lee **OSBORNE**, Relator

Original Proceeding[1]

**ORDER**

Relator, Dustin Lee Osborne, has filed a petition for writ of mandamus, complaining that the trial court failed to rule on a motion he filed seeking to compel his former counsel to provide him with a copy of his client file. Osborne seeks an order directing the trial court to rule on and grant his motion. In accordance with this court's opinion of this date, we **DENY** the petition.

It is so **ORDERED** on October 30, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding is related to Cause No. 2014-CR-9229B, styled *The State of Texas v. Dustin Lee Osborne*, in the 186th Judicial District Court, Bexar County, Texas.